Certificate Number: 15111-PAM-DE-030082292

Bankruptcy Case Number: 17-03993



15111-PAM-DE-030082292

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 26, 2017</u>, at <u>2:28</u> o'clock <u>PM EDT</u>, <u>Jennifer Bednarz</u> completed a course on personal financial management given <u>by internet</u> by <u>BE Adviser, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>October 26, 2017</u>  By: <u>/s/Stephanie Sandison for Ryan McDonough</u>

Name: <u>Ryan McDonough</u>

Title: <u>Executive Director of Education</u>