Certificate Number: 15111-PAM-DE-030082292

Bankruptcy Case Number: 17-03993



15111-PAM-DE-030082292

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on October 26, 2017, at 2:28 o'clock PM EDT, Jennifer Bednarz completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: October 26, 2017

By: /s/Stephanie Sandison for Ryan McDonough

Name: Ryan McDonough

Title: Executive Director of Education